UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

            Plaintiff,

      vs.

RONALD V. WEEKS and SALLY R.
WEEKS, Husband and Wife; RAY
COLBERT; and ROBERT COLBERT,

            Defendant.

CV-06-0241-EFS

**FINAL ORDER OF FORFEITURE**

      Before the Court, without oral argument, is the Government's Application for Judgment and Decree of Foreclosure Upon Order of Default (Ct. Rec. 17). On August 30, 2006, the United States filed a complaint to collect indebtedness based on promissory notes signed by Defendants (Ct. Rec. 1). Defendants waived service (Ct. Recs. 6 & 7), but never responded to the complaint. On June 4, 2007, based on Defendants' failure to respond to the complaint, the Government filed a motion for entry of default (Ct. Rec. 14). A Clerk's Order of Default was filed on June 22, 2007 (Ct. Rec. 16). Now the Government seeks a final judgment and decree of foreclosure upon order of default (Ct. Rec. 17). The Court grants the Government's motion as follows.

Final Order of Forfeiture -1-
0241.Forfeiture.wpd

**I.**

Plaintiff is awarded judgment against Defendants RONALD V. WEEKS and SALLY R. WEEKS, husband and wife, in the amount of $429,432.28 ($275,858.39 principal and $153,573.89 interest accrued through March 19, 2007); and interest to accrue at the rate of $61.2512 per day from and after March 19, 2007, to the date of judgment; plus interest from the date of judgment at the legal rate until paid in full, for costs of suit, including the filing fee, allowed pursuant to 28 U.S.C. § 2412(a)(2), and other proper relief.

**II.**

The debt upon which this judgment is based is secured and perfected by the following:

(1)  A real estate mortgage recorded May 14, 1999, under Auditor's File No. 3009202, Official Records of Okanogan County, Washington.

(2)  A partial release executed by a representative of Plaintiff was recorded July 22, 1999, under Auditor's File No. 3011733, Official Records of Okanogan County, Washington.

(3)  A real estate mortgage recorded May 14, 1999, under Auditor's File No. 3009231, Official Records of Okanogan County, Washington.

(4)  A security agreement covering irrigation equipment and wind machines, including but not limited to pumps, main lines, sprinkler pipes and attachments, which security agreement was perfected by a financing statement recorded May 14, 1999, as Auditor's File No.

3009230, and an assignment recorded June 14, 2001, as Auditor's File No. 3035122, Official Records of Okanogan County, Washington.

(5) A partial release executed by Growers Credit and Defendants Ronald V. Weeks and Sally R. Weeks, husband and wife, was recorded July 30, 1999, as Auditor's File No. 3012109, Official Records of Okanogan County, Washington.

(6) An Assignment of Note and Mortgage recorded June 6, 2001, as Auditor's File No. 3035127, Official Records of Okanogan County, Washington.

(7) A perfected security interest in all wind machines and irrigation equipment, including, but not limited to pumps, main lines, sprinkler pipes, and attachments.

**III.**

The foregoing real estate mortgages, security agreements, and financing statements cover the following described property situated in Okanogan County, State of Washington:

REAL PROPERTY

Tracts 10 and 12 of Okanogan County Assessor's Plat No. 78-1 as per plat thereof recorded May 2, 1978, in Volume H of Plats, Section 3, pages 12 and 13, records of the Auditor of Okanogan County, Washington
EXCEPT Okanogan County Road No. 4328 (North Assessor's Plat Road0,
AND EXCEPT the following described tract: A portion of said Tract 12 of Okanogan County Assessor's Plat No. 78-1 described as follows:
Commencing at the Southwest corner of said Tract 12; thence N 89 deg. 21'28" E on the South boundary line of said Tract 12 a distance of 78.96 feet to the East right of way line of Okanogan County Road No. 4328 (North Assessor's Plat Road) and the true point of beginning; thence continue N 89 deg. 21'28" E on the said South boundary line a distance of 1373.73 feet; thence N 00

Final Order of Forfeiture -3-
0241.Forfeiture.wpd

deg. 38'32" W a distance of 287.94 feet; thence S 89 deg. 21'28" W a distance of 991.07 feet to the East right of way line of Okanogan County Road No. 4328; thence S. 61 deg. 51'30" W on the said East right of way line a distance of 277.04 feet; thence S 39 deg. 54'30" W on the said East right of way line a distance of 210.60 feet to the true point of beginning.

All in Okanogan County, Washington

Including but not limited to any replacement of or additions to the complete sprinkler systems with pumps, mains, sub-mains, risers, sprinklers, plugs, valves and fittings and all wind machines appurtenant to the real property located in Okanogan County, Washington as described above.

**IV.**

Said real estate mortgages, security agreements, and financing statements, which constitute first and prior liens upon the property described therein, are hereby foreclosed and defendants RONALD V. WEEKS and SALLY R. WEEKS, husband and wife; RAY COLBERT; and ROBERT COLBERT and all persons claiming by, through, or under them are forever barred and foreclosed from asserting any right, title, or interest in and to said property, except for the statutory rights of redemption allowed by the laws of the State of Washington, and said property is hereby ordered sold in the manner provided by law with the proceeds of such sale to be applied to the expenses thereof, and then in satisfaction of the sums adjudged to be due plaintiff herein.

**V.**

Any party to this suit may become a purchaser at such sale.

**VI.**

The plaintiff shall not have a deficiency judgment in the event the sum received from the sale is insufficient to pay the judgment in full.

Final Order of Forfeiture -4-
0241.Forfeiture.wpd

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Application for Judgment and Decree of Foreclosure Upon Order of Default **(Ct. Rec. 17)** is **GRANTED.**

2. The Clerk is directed to enter **JUDGMENT** in the Government's favor.

3. This file shall be **CLOSED,** and all pending motions **DENIED AS MOOT.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to all parties.

DATED this ____24th____ day of August 2007.


_____S/ Edward F. Shea_____
Edward F. Shea
United States District Judge

Q:\Civil\2006\0241.Forfeiture.wpd

Final Order of Forfeiture -5-
0241.Forfeiture.wpd