AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RONALD V. WEEKS and SALLY R. WEEKS, Husband and Wife; RAY COLBERT; and ROBERT COLBERT,
    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-0241-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff is awarded judgment against Defendants RONALD V. WEEKS and SALLY R. WEEKS, husband and wife, in the amount of $429,432.28 ($275,858.39 principal and $153,573.89 interest accrued through March 19, 2007); and interest to accrue at the rate of $61.2512 per day from and after March 19, 2007, to the date of judgment; plus interest from the date of judgment at the legal rate until paid in full, for costs of suit, including the filing fee, allowed pursuant to 28 U.S.C. § 2412(a)(2), and other proper relief.

August 24, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas