UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>RONALD V. WEEKS and SALLY R. WEEKS, Husband and Wife; RAY COLBERT; and ROBERT COLBERT,<br><br>              Defendants. | NO. CV-06-241-EFS<br><br>**ORDER CONFIRMING SALE** |

THIS MATTER came before the Court on the United States of America's motion for an order confirming the U.S. Marshal's sale of the property that is the subject of this mortgage foreclosure action. The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property so sold is situated in Okanogan County, in the State of Washington and is more particularly described as:

<u>REAL PROPERTY</u>

    Tracts 10 and 12 of Okanogan County Assessor's Plat No. 78-1 as per plat thereof recorded May 2, 1978, in Volume H of Plats, Section 3, pages 12 and 13, records of the Auditor of Okanogan County, Washington

    EXCEPT Okanogan County Road No. 4328 (North Assessor's Plat Road),

ORDER * 1

> AND EXCEPT the following described tract: A portion of said Tract 12 of Okanogan County Assessor's Plat No. 78-1 described as follows:
>
> Commencing at the Southwest corner of said Tract 12; thence N 89 deg. 21'28" E on the South boundary line of said Tract 12 a distance of 78.96 feet to the East right of way line of Okanogan County Road No. 4328 (North Assessor's Plat Road) and the true point of beginning; thence continue N 89 deg. 21'28" E on the said South boundary line a distance of 1373.73 feet; thence N 00 deg. 38'32" W a distance of 287.94 feet; thence S 89 deg. 21'28" W a distance of 991.07 feet to the East right of way line of Okanogan County Road No. 4328; thence S. 61 deg. 51'30" W on the said East right of way line a distance of 277.04 feet; thence S 39 deg. 54'30" W on the said East right of way line a distance of 210.60 feet to the true point of beginning.
>
> All in Okanogan County, Washington
>
> Including but not limited to any replacement of or additions to the complete sprinkler systems with pumps, mains, sub-mains, risers, sprinklers, plugs, valves and fittings and all wind machines appurtenant to the real property located in Okanogan County, Washington as described above.

The record also reflects that, on said date, all right, title, and interest of Defendants, and each of them, in and to the said property was sold by the Marshal to DALE M. FOREMAN, FOREMAN FRUIT & LAND COMPANY, LLC, and JIM JOHNSON, 4 PAC, LLC; the Marshal properly made and filed his Return of Sale on the 20th day of December 2007; the Clerk properly mailed notice of the filing of the return of sale to all parties, if any, who have entered a written notice of appearance and who had not had an order of default entered against them; more than twenty (20) days having elapsed since mailing of the notice of filing of said return, and no objections or exceptions were made or filed to said sale and return. Therefore, in consideration of the foregoing, and the Court being otherwise fully advised:

ORDER * 2

**IT IS HEREBY ORDERED** that said sale by said Marshal to DALE M. FOREMAN, FOREMAN FRUIT & LAND COMPANY, LLC., and JIM JOHNSON, 4 PAC, LLC on the 16th day of November 2007, and all proceedings had in respect thereto be, and the same are, approved and confirmed.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff.

**DATED** this ___21st___ day of February, 2008.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2006\241.OrderofSale.wpd

ORDER * 3